UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHON JAIRO CID HURTADO, *et al.*,

                Plaintiff,

v.

HUDSON FULTON CORP., JASON MINTER, and THOMAS BOSCO,

                Defendants.

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 2-5-21

20-CV-9133 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiffs filed this action on October 30, 2020, Dkt. 1, and served Defendants on November 12, Dkt. 12–14. Defendants' response to the complaint was thus due no later than December 3, 2020. *Id*. On December 2, Plaintiffs and Defendants Hudson Fulton Corporation and Jason Minter filed a proposed stipulation extending Hudson and Minter's time to file an answer until January 5, 2021. Dkt. 15. The Court granted the extension the next day. Dkt. 16. To date, however, Hudson and Minter have not responded to the complaint. Similarly, Defendant Thomas Bosco has neither appeared nor responded to the complaint. Accordingly, if Plaintiffs intend to move for a default judgment against Defendants, they shall do so no later than February 19, 2021, in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:    February 5, 2021
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge