UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 02/24/22 |

---

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, *on behalf of themselves and others similarly situated*,

                                    Plaintiffs,
                        v.

HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO,

                                    Defendants.

20-CV-9133 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        For the reasons stated on the record at today's conference, all Defendants must respond to the Complaint by March 25, 2022.  If any Defendant fails to do so, default judgment may be entered against them.  With respect to Hudson Fulton Corp., which has not yet appeared in this action, the Court again cautions it that "a corporation may not appear in a lawsuit against it except through an attorney." *Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

SO ORDERED.

Dated:     February 24, 2022
           New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge

2