UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/29/22
```

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, *on behalf of themselves and others similarly situated*,

        Plaintiffs,

v.

HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO,

        Defendants.

20-CV-9133 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are Plaintiffs' motion for default judgment against all Defendants and Defendant Bosco's motion to vacate the Clerk's Certificate of Default. Bosco's motion is granted. Plaintiffs' motion is denied as to Bosco and Minter, and denied without prejudice as to Hudson Fulton Corp., with leave to refile after resolution of the claims against Bosco and Minter. *See Knowles-Carter v. Feyonce, Inc.*, No. 16-CV-2532 (AJN), 2017 WL 11567528, at *1 (S.D.N.Y. 2017).

    The parties shall appear for a status conference on April 11, 2022 at 3:00 p.m., at which time the Court will articulate the reasons for its ruling, as well as discuss the next steps in this case. The Court will hold this conference by telephone and the parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

      The Clerk of Court is respectfully directed mail a copy of this order to Minter and to close the pending motions at Dkts. 30 and 40.

SO ORDERED.

Dated:    March 29, 2022
           New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge