UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,

                Plaintiffs,

-v-

HUDSON FULTON CORP., JASON MINTER, and THOMAS BOSCO,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, October 12, 2022, at which Plaintiffs' counsel and Defendant Jason Minter appeared, but counsel for Defendant Thomas Bosco failed to appear, the Court orders as follows:

1. By **Wednesday, September 19, 2022**, Defendant Thomas Bosco shall respond to Plaintiffs' outstanding discovery requests served on August 1, 2022.

2. By **Wednesday, November 2, 2022**, Defendant Jason Minter shall (i) respond to Plaintiffs' outstanding discovery requests served on August 1, 2022, and (ii) re-send the payroll records in his possession to Plaintiffs' counsel.

3. An **in person** status conference will be held on **Monday, November 21, 2022 at 9:30 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          October 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**