# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET
PHONE 212.

> Plaintiffs' letter-motion seeking to adjourn the status conference scheduled for Monday, November 21, 2022 at 9:30 a.m. (ECF No. 68) is GRANTED, and the Conference is ADJOURNED to **Tuesday, November 22, 2022 at 4:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.
>
> The Clerk of Court is respectfully directed to close ECF No. 68.
>
> SO ORDERED 10/24/22
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Sarah L. Cave
United States District Court, Southern District
500 Pearl Street
New York, NY 10007

<u>**Re: Hurtado v. Hudson Fulton Corp., No. 20-cv-9133 (RA) (SLC)**</u>

Dear Judge Cave:

We are counsel for the Plaintiffs in this action. We write to respectfully request that the conference scheduled for Monday November 21, 2022 be adjourned.

The reason for the request is that I have a scheduling conflict with another conference scheduled for the same date and time.

Defendants consent to the request. I have conferred with Defendants and we propose November 22, 29, or 30, at or around 9:30 a.m., as dates for the adjourned conference.

This is the first request to adjourn the conference.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
  Joshua S. Androphy, Esq.