# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

November 21, 2022

**VIA ECF**
Honorable Sarah L. Cave
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Hurtado v. Hudson Fulton Corp., No. 20-cv-9133 (RA) (SLC)**

Dear Judge Cave:

We are counsel for the Plaintiffs in this action. We write to respectfully request that the discovery deadline be extended from November 23, 2022 to January 16, 2023, and that the conference scheduled for Tuesday November 22, 2022 be adjourned, or held by telephone.

The reason for the request is that discovery has not been completed and is not able to be completed by November 23, 2022. As an update to the status of discovery, Defendant Thomas Bosco has responded to discovery requests and was deposed on November 18. Defendant Jason Minter, who is *pro se*, has provided the pay records referenced in the October 12, 2022 conference and order, but has not responded to written discovery, including interrogatories, document requests, and requests for admission. I had noticed his deposition for November 23, 2022, but Mr. Minter has advised that he is unable to attend a deposition on that date due to work obligations, but would be available in mid or late December. Given that Mr. Minter still needs to respond to discovery requests and be deposed, we respectfully request an extension of the discovery deadline.

We also respectfully request an adjournment of the November 22, 2022 conference, or ask that it be held by telephone. The request is in part due to our request to extend discovery. Additionally, I emailed Mr. Minter last night to remind him of the conference, and he advised that

he was not aware of the date and time of the conference, and that he would be unable to attend without significant difficulty due to his work schedule and his wife's recovering from surgery. I therefore request jointly with Mr. Minter that the conference be adjourned or changed to a telephone conference.

This is the second request to adjourn the conference. It was previously adjourned at my request from November 21 to November 22. All parties consent to the adjournment.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

---

Plaintiffs' letter-motion seeking to adjourn the status conference scheduled for Tuesday, November 22, 2022 at 4:00 p.m. and extend the fact discovery deadline (ECF No. 70) is GRANTED IN PART, and the Conference is ADJOURNED sine die. The fact discovery deadline is extended to **Friday, December 30, 2022**, and the parties shall file a joint letter certifying the completion of fact discovery by **Friday, January 6, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 70.

SO ORDERED 11/21/22

SARAH L. CAVE
United States Magistrate Judge

M+T