UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>HUDSON FULTON CORP., JASON MINTER, and THOMAS BOSCO,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On November 21, 2022, the Court directed the parties to file a joint letter certifying the completion of fact discovery (the "Letter") by January 6, 2023. (ECF No. 71). To date, the parties have not filed the Letter. Accordingly, the parties shall file the Letter by **Tuesday, January 10, 2023**.

Dated:　　New York, New York　　　　SO ORDERED.
　　　　　January 9, 2023

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**