UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,

        Plaintiffs,

-v-

HUDSON FULTON CORP., JASON MINTER, and THOMAS BOSCO,

        Defendants.

CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 10, 2023, the Court granted Plaintiffs' letter-motion requesting leave to file an amended complaint (the "Motion"). (ECF No. 74 (the "Jan. 10 Order")). In the Jan. 10 Order, the Court directed Plaintiffs to file the Motion by January 24, 2023, and Defendant Thomas Bosco ("Mr. Bosco") to file any opposition to the Motion by February 7, 2023 (the "Opposition"). (Id.). On January 24, 2023, Plaintiffs filed the Motion. (ECF No. 75). To date, Mr. Bosco has not filed the Opposition. Accordingly, by **Tuesday, February 14, 2023**, Mr. Bosco shall file either (i) the Opposition, or (ii) a letter advising the Court that he does not oppose the Motion. Failure to respond in accordance with this Order will result in the Court granting the Motion as unopposed.

Dated:    New York, New York
           February 8, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**