> Plaintiffs' requested extension (ECF No. 91) is GRANTED.  By **May 2, 2023**, Plaintiffs shall serve the summons and First Amended Complaint on Defendants Hudson Fulton Corp. Inwood Farms, LLC, and Jason Minter, and file proof of service on the docket.
>
> The Clerk of Court is respectfully directed to close ECF No. 91.
>
> SO ORDERED     4/26/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Sarah L. Cave
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>**Hurtado v. Hudson Fulton Corp., No. 20-cv-9133 (RA)**</u>

Dear Judge Cave:

      We are counsel for the Plaintiffs in this action.  We write to respectfully request that the Court extend the deadline for Plaintiffs to serve the summons and first amended complaint upon Defendants Hudson Fulton Corp., Inwood Farms, LLC, ad Jason Minter, from April 25, 2023 to May 2, 2023.

      This is the first request for an extension.  The reason for the request is that Plaintiffs need additional time to serve defendants.  The undersigned was away on vacation when the Court's order was issued, and while we were able to timely e-file the amended complaint, we were delayed in obtaining the new summonses and arranging for service on the defendants other than Thomas Bosco.  An extension will not affect any currently scheduled dates.

      We thank Your Honor for your attention to this matter.

                                               Respectfully submitted,

                                               /s/ Joshua S. Androphy
                                               Joshua S. Androphy, Esq.