UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,

                Plaintiffs,

-v-

HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO, and INWOOD FARMS LLC,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 16, 2023, Plaintiff filed the Amended Complaint. (ECF No. 84). Defendant Thomas Bosco's ("Mr. Bosco") deadline to respond the Amended Complaint was May 1, 2023. Fed. R. Civ. P. 15(a)(3). To date, Mr. Bosco has neither responded to the Amended Complaint nor requested an extension of time in which to do so. As a one-time courtesy, the Court sua sponte extends Mr. Bosco's deadline to respond to the Amended Complaint and directs Mr. Bosco to do so by **May 19, 2023**. Mr. Bosco is warned that failure to respond to the Amended Complaint by this extended deadline may result in entry of a certificate of default and default judgment. Fed. R. Civ. P. 55.

Dated:    New York, New York
            May 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**