UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,

                Plaintiffs,

-v-

HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO, and INWOOD FARMS LLC,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Jason Minter, <u>pro se</u>, requests an extension of time to respond to the Amended Complaint, from May 19, 2023 to **June 22, 2023**, so that he can undertake efforts to obtain legal counsel in this matter. (ECF No. 97). The request is GRANTED, and Mr. Minter's deadline to respond to the Amended Complaint is hereby EXTENDED to **June 22, 2023**.

The Clerk of Court is respectfully directed to close ECF No. 97.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Minter at 556 Piermont Avenue, Piermont, NY 10968.

Dated:    New York, New York        SO ORDERED.
           May 9, 2023

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**