UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,<br><br>                   Plaintiffs,<br><br>  -v-<br><br>HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO, and INWOOD FARMS LLC,<br><br>                   Defendants. | CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)<br><br>**ORDER TO INITIATE DEFAULT PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge.

On April 14, 2023, the Court issued an Opinion & Order granting Plaintiffs' motion to file an Amended Complaint in this action, and ordered that, "[b]y April 18, 2023, Plaintiffs shall file the [Amended Complaint], which shall constitute service on Mr. [Thomas] Bosco."  (ECF No. 83 at 12).  On April 16, 2023, Plaintiffs filed the Amended Complaint.  (ECF No. 84).  Pursuant to Fed. R. Civ. P. 15(a)(3), Mr. Bosco's Answer was due on May 1, 2023.  On May 3, 2023, the Court issued an Order sua sponte extending Mr. Bosco's deadline to file an Answer until May 19, 2023, and warning Mr. Bosco that "failure to respond to the Amended Complaint by this extended deadline may result in entry of a certificate of default and default judgment."  (ECF No. 96).

On April 26, 2023, the Amended Complaint (ECF No. 84) was served on Defendant Hudson Fulton Corporation ("Hudson") and Inwood Farms LLC ("Inwood"), with Answers due on May 17, 2023.  (ECF Nos. 93–94).

No Answers to the Amended Complaint having been filed on the docket on behalf of Defendants Bosco, Hudson, or Inwood, Plaintiffs are hereby ORDERED to request a Certificate of Default from the Clerk of Court by **May 30, 2023** with respect to each of Defendants Bosco, Hudson, and Inwood, and to file a Motion for Default Judgment with respect to each of

Defendants Bosco, Hudson, and Inwood in accordance with the Individual Practices of the Honorable Ronnie Abrams, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **June 13, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Jason Minter at 556 Piermont Avenue, Piermont, NY 10968.

Dated:     New York, New York        SO ORDERED.
           May 22, 2023

*[signature: Sarah Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**