UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,

                    Plaintiffs,

-v-

HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO, and INWOOD FARMS LLC,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 23, 2023, the Court issued an Order directing Plaintiffs to initiate default proceedings against Defendants Thomas Bosco ("Bosco"), Hudson Fulton Corporation ("Hudson"), and Inwood Farms LLC ("Inwood") due to their failure to timely respond to the Amended Complaint. (ECF No. 99) (the "Default Order"). Today, May 24, 2023, Bosco and Inwood answered the Amended Complaint. (ECF No. 100).

Accordingly, the Court WITHDRAWS IN PART the Default Order to the extent that it directed Plaintiffs to initiate default proceedings against Bosco and Inwood. The Default Order remains in effect with respect to Plaintiffs' initiation of default proceedings against Hudson.

By **June 8, 2023**, the parties shall meet and confer and file a joint letter setting forth a proposed schedule for the completion of discovery, or certifying that discovery has been completed.

Dated:     New York, New York
           May 24, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**