UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,

                  Plaintiffs,

-v-

HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO, and INWOOD FARMS LLC,

                  Defendants.

CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 24, 2023, the Court issued an Order directing the parties to meet and confer and file, by June 8, 2023, a "joint letter setting forth a proposed schedule for the completion of discovery, or certifying that discovery has been completed." (ECF No. 101).

To date, the parties have not filed the joint letter and have therefore not complied with the Court's Order. The parties' deadline to do so is EXTENDED to **June 14, 2023**. The parties are warned that further noncompliance with the Court's Orders may result in sanctions.

Dated:     New York, New York
            June 9, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**