> Plaintiffs' request at ECF No. 106 is GRANTED. Plaintiffs need not file a motion for default judgment against Defendant Hudson Fulton Corp. ("Hudson") at this time. (ECF Nos. 99; 101). Plaintiffs may file a motion for default judgment against Hudson after resolution of the claims against the other Defendants who have appeared in this action.
>
> The Clerk of Court is respectfully directed to close ECF No. 106.
>
> SO ORDERED.   6.20.2023
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

June 9, 2023

**VIA ECF**
Honorable Sarah L. Cave
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**Re: Hurtado v. Hudson Fulton Corp., No. 20-cv-9133 (RA) (SLC)**</u>

Dear Judge Cave:

We are counsel for the Plaintiffs in this action. We write in regard to Your Honor's order dated May 22, 2023, (Dkt. No. 99) as amended by Your Honor's order dated May 24, 2023 (Dkt. No. 101), directing Plaintiffs to initiate default proceedings against Hudson Fulton Corp. by June 13, 2023. Plaintiffs respectfully request to be relieved from such direction.

Plaintiffs previously moved for a default judgment against Hudson Fulton Corp. with regards to the original summons and complaint. (Dkt. Nos. 30-34) Judge Abrams denied that motion "without prejudice as to Hudson Fulton Corp., with leave to refile after resolution of the claims against Bosco and Minter." (Dkt. No. 55, citing *Knowles-Carter v. Feyonce, Inc.*, No. 16-CV-2532 (AJN), 2017 WL 11567528, at *1 (S.D.N.Y. 2017)). In light of Judge Abrams's previous ruling denying Plaintiffs' motion for default judgment on the original complaint against Hudson Fulton Corp. with leave to refile after resolution of the claims against the other defendants, it is likely that Judge Abrams would similarly deny a default judgment motion upon the amended complaint against Hudson Fulton Corp., with leave to file after resolution of the action against the other defendants. In order to conserve resources, Plaintiffs respectfully request that Your Honor withdraw the order that Plaintiffs move for default judgment against Hudson Fulton Corp.