UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHON JAIRO CID HURTADO, VICTOR PEGUERO, ALBERTO DE LA ROSA VOLQUEZ ROMEL, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>-v-<br><br>HUDSON FULTON CORP., JASON MINTER, THOMAS BOSCO, and INWOOD FARMS LLC,<br><br>                    Defendants. | CIVIL ACTION NO.: 20 Civ. 9133 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On June 22, 2023, pro se Defendant Jason Minter ("Mr. Minter") filed an Answer to the Amended Complaint. (ECF No. 110). It is hereby ordered that Mr. Minter is subject to the discovery deadlines previously approved by the Court (ECF No. 108), with the exception that Mr. Minter's deadline to serve written discovery requests, if any, is extended by two (2) weeks, from June 30, 2023 to July 14, 2023. Any further extensions of interim discovery deadlines may be discussed and agreed on by and between the parties. (Id. at 1).

Dated:       New York, New York            SO ORDERED.
               June 26, 2023

                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**