# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

> Plaintiffs' request at ECF No. 116 is GRANTED. The telephone conference scheduled for August 28, 2023 is CANCELLED.
>
> The Clerk of Court is respectfully directed to terminate the conference and to close ECF No. 116.
>
> SO ORDERED.    8/25/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Sarah L. Cave
United States District Court, Southern District
500 Pearl Street
New York, NY 10007

**Re: Hurtado v. Hudson Fulton Corp., No. 20-cv-9133 (RA) (SLC)**

Dear Judge Cave:

We are counsel for the Plaintiffs in this action. We write to respectfully request that the conference scheduled for August 28, 2023 be canceled.

The reason for the request is that today Plaintiffs filed an acceptance of offer of judgment from Defendants Inwood Farms LLC and Thomas Bosco. (Dkt. Nos. 114-115) The action is currently stayed as to Defendant Jason Minter due to his bankruptcy filing. (Dkt. Nos. 112) Defendant Hudson Fulton Corp. has never appeared in the action. Accordingly, there is no need for a conference on August 28, 2023, and we do not believe the conference needs to be rescheduled.

In the event that the Court does not cancel the conference entirely, I respectfully request that it be adjourned to a later date, because I have another court conference scheduled at the same time.

This is the first request to cancel or adjourn the conference. The attorney for Inwood Farms LLC and Bosco joins in the request.

We thank Your Honor for your attention to this matter.

Respectfully submitted,