UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHON JAIRO CID HURTADO, VICTOR PEGUERO, and ALBERTO DE LA ROSA VOLQUEZ ROMEL individually *and on behalf of others similarly situated*,<br><br>    Plaintiffs,<br><br>    -against-<br><br>HUDSON FULTON CORP. (d/b/a INDIAN ROAD CAFE), INWOOD FARMS, LLC (d/b/a INWOOD FARM), JASON MINTER, and THOMAS BOSCO<br><br>    Defendants. | Index No. **20-cv-9133-RA-SLC**<br><br>**[PROPOSED]** JUDGMENT |

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Inwood Farms, LLC (d/b/a Inwood Farm) and Thomas Bosco ("Judgment Defendants") having offered to allow Plaintiffs John Jario Cid Hurtado, Victor Peguro, and Alberto De La Rosa Volquez Romel ("Plaintiffs") to take a judgment against them, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated August 25, 2023 and filed as Exhibit A to Docket Number 117;

WHEREAS, on August 25, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgement (Dkt. No. 117);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiffs in accordance with the terms and conditions of Judgment Defendants' Rule 68 Offer dated August 25, 2023 and filed as Exhibit A to Docket Number 117.

SO ORDERED.

Dated: August 28, 2023
New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge